IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   3:21-CR- 396 (TJM) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **CHARLES WAGER,** | ) | Violations:   18 U.S.C. § 2422(b) |
| a/k/a "LEXX," | ) |   [Attempted Enticement of a |
| a/k/a ALEXANDER LEWIS, | ) |   Minor] |
| | ) | |
| **Defendant.** | ) | 18 U.S.C. § 2260A |
| | ) |   [Felony Offense Involving a |
| | ) |   Minor by a Registered Sex |
| | ) |   Offender] |
| | ) | |
| | ) | 2 Counts and Forfeiture Allegation |
| | ) | |
| | ) | County of Offense:   Broome |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Attempted Enticement of a Minor]

Between on or about January 18, 2021 and on or about February 5, 2021, in Broome County in the Northern District of New York, and elsewhere, the defendant, **CHARLES WAGER, a/k/a LEXX, a/k/a ALEXANDER LEWIS**, using a facility and means of interstate and foreign commerce, did attempt to knowingly persuade, induce, and entice an individual who had not attained the age of 18 years, that is: a person whom the defendant believed to be a 10-year-old female child, to engage in sexual activity for which a person could be charged with a criminal offense, that is one or more of the following offenses: Rape in the First Degree, in violation of N.Y. Penal Law, Section 130.35(3), Sexual Abuse in the First Degree, in violation of N.Y. Penal Law, Section 130.65(3), and Criminal Sexual Act in the First Degree, in violation of N.Y. Penal Law, Section 130.50(3), in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### [Felony Offense Involving a Minor by a Registered Sex Offender]

Between on or about January 18, 2021 and February 5, 2021, in Broome County in the Northern District of New York, and elsewhere, the defendant, **CHARLES WAGER, a/k/a LEXX, a/k/a ALEXANDER LEWIS**, an individual required by Federal and other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422(b), in violation of Title 18, United States Code, Section 2260A.

## FORFEITURE ALLEGATION

The allegations contained in Count One of this indictment are hereby realleged and incorporated by reference herein for the purposes of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2428.

Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, **CHARLES WAGER, a/k/a LEXX, a/k/a ALEXANDER LEWIS**, shall forfeit to the United States of America his interest in any property, real and personal, that was used and intended to be used to commit and to facilitate the commission of the offense, and any property, real and personal, constituting and derived from any proceeds that the defendant obtained, directly and indirectly, as a result of the offense.

The property to be forfeited includes, but is not limited to, the following: a Samsung Galaxy Note 9, Serial Number RF8KC2FRH4L

Dated:   November 12, 2021

A TRUE BILL,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Grand Jury Foreperson

CARLA B. FREEDMAN
United States Attorney

By:   *(signature)*
Kristen Grabowski
Assistant United States Attorney
Bar Roll No. 700658